(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Gerjuans Martin    #256-785__
  (Name of Plaintiff)    (Inmate Number)

__Wilmington De,__
__634 East 11th Street 19801__
  (Complete Address with zip code)

(2) _____
  (Name of Plaintiff)    (Inmate Number)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Ralph Wilkinson Attorney__
(2) __Toliver Charles IV__
(3) __Cynthia R Kelsey__
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: __- 0 6 - 0 3 1__
: (Case Number)
: ( to be assigned by U.S. District Court)
:
: **CIVIL COMPLAINT**
:
: • • Jury Trial Requested

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __N/A__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

There is never a hearing to decide whether issue is grievable.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • (No)

C. If your answer to "B" is Yes:

1. What steps did you take? I presented my case to the duty officer, filed on right form, then present it back.

2. What was the result? There is never a hearing to decide whether issue is grievable.

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Ralph Wilkinson

Employed as Defense Attorney at

Mailing address with zip code: 820 N. French Street (third Floor) Wilmington De 19801

(2) Name of second defendant: Cynthia R Kelsey

Employed as State Attorney at

Mailing address with zip code: 500 N. King Street Prothonotary Wilmington De 19801

(3) Name of third defendant: Toliver Charles IV

Employed as Scheldung Judge at

Mailing address with zip code: 500 N. King Street Prothonotary Wilmington De 19801-3746

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Ralph Wilkins, assist councel for his defense, with out due process mixed files held his reputation, didnt raise right grounds. ID# 040901700 - Three Action numbers IN04100195 - IN04100196 IN04101182 case was reviewed - 11-30-2004  N04100197

2. was dismissed, bail posted correction center 12-01-04 treatment or violated wasin't recorded improper. number date mixup
Cynthia R. Kelsey state procecutor wasn't present, Treatment or violated wasn't recorded, three trial

3. 10-30-04, no continuoses 05-10-05, and 7-7-05 improper hold presented to Councel.
Toliver Charles H IV. no exceptional circumstances rescheduling or continuance will be denied (1-12-05)

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I Gerjuan Martin would like my records Dept. Attorneys office and view the horrasment. Reimbursement for the time I spent incarcerated Dissmiss The charges on my record. That would be respectful and considerable.

3

2. I would like the only document presented to prisoner going in to court scheldvement is mixed and dates are incorrect. I would like them viewed. You would see trials of different accussations

3. misleading held services, nolle prosess. dismissed. The misleading persecutions, never equal, suffering and depression over matter time.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___   ___ day of _   _____

_Seyuans Mart_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

2006 JAN 17 AM 10:49

ew
No Fee (IFP Filed)
Privacy Notice