

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

NO MAIL BY THIS SPELLING
ENCLOSURE UNAUTHORIZED

INMATE UNKNOWN
INMATE RELEASED
CORRESPONDENCE REFUSED

06-31 (SLR)

☐ MOVED, LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
● ATTEMPTED-NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS

REMOVABLE

RECEIVED

FEB 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

US POSTAGE
$00.870
01/25/2006
Mailed From 19801

neopost

## Utility Events

1:06-cv-00031-UNA Martin v. Wilkinson et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 1/25/2006 at 3:21 PM EST and filed on 1/25/2006
**Case Name:**        Martin v. Wilkinson et al
**Case Number:**      1:06-cv-31
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all
documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-31 Notice will be electronically mailed to:**

**1:06-cv-31 Notice will be delivered by other means to:**

Gerjuan S. Martin
SBI# 256785
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809