IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GERJUAN S. MARTIN,                 )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    Civil No. 06-31-SLR
                                   )
RALPH WILKINSON, et al.,           )
                                   )
          Defendants.              )

**ORDER**

WHEREAS, plaintiff, Gerjuan S. Martin, was a prisoner incarcerated at the Howard R. Young Correctional Institutional Center, Wilmington, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on February 2, 2006, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to submit a copy of his prison trust fund account statement (D.I. 3);

WHEREAS, the February 2, 2006, order was returned to the court as undeliverable and the court was provided with plaintiff's change of address that indicated that he is no longer incarcerated (D.I. 4);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while

imprisonment continued. <u>Robbins v. Switzer</u>, 104 F.3d 895, 899 (7th Cir. 1997); <u>see</u> <u>also</u> <u>Drayer v. Attorney General</u>, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this __17th__ day of March, 2006, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($250) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE

2