IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERJUAN S. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-31-SLR |
| | ) | |
| RALPH WILKINSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff, Gerjuan S. Martin, filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, indicating that he was a prisoner incarcerated at the Howard R. Young Correctional Institutional Center, Wilmington, Delaware (D.I. 3);

WHEREAS, on February 2, 2006, the court entered an order allowing plaintiff to proceed in forma pauperis and ordered him to provide the court with a certified copy of his prison trust account statement;

WHEREAS, the February 2, 2006, order was returned to the court as undeliverable and the court was provided with plaintiff's change of address that indicated that he was no longer incarcerated (D.I. 4);

WHEREAS, on March 20, 2006, plaintiff advised the court by telephone that he was not incarcerated, and that he was not incarcerated on the date of the filing of his complaint;

WHEREAS, on March 20, 2006, the court ordered plaintiff to

either pay the filing fee he owes ($250.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 5);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of March 20, 2006;

THEREFORE, at Wilmington this 24th day of April, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE